PROB 12C
(7/93)

# United States District Court

## for the

## Eastern District of Washington

Report Date: February 15, 2012

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 15 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Ulises Copas-Villegas | Case Number: 2:08CR00021-001 |

Address of Offender: Spokane County Jail, 1100 West Mallon, Spokane, WA 99260

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 11/13/2008

| | | |
|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326(b)(2) | |
| Original Sentence: | Prison - 33 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: 08/11/2011 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: 08/10/2014 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| 2 | **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |
| | **Supporting Evidence**: On February 9, 2012, a criminal complaint was filed in United States District Court, Eastern District of Washington, under case number: 2:12-MJ-00087-CI. |
| | According to the above-referenced complaint, the defendant was deported from the United States at Del Rio, Texas, on August 11, 2011. On February 8, 2012, he was located in the United States at Chelan County in the Eastern District of Washington. The defendant did not have advance legal permission from the United States Attorney General or his designee prior to returning to the United States, and is in violation of 8 U.S.C. § 1326. |

Prob12C
Re: Copas-Villegas, Ulises
February 15, 2012
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/15/2012

s/Matthew Thompson

Matthew Thompson
Supervising U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

2/15/12
Date